WILLIAM W. MANLOVE, Oregon State Bar ID Number 89160
Deputy City Attorney
bmanlove@ci.portland.or.us
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendants City of Portland,
Brian Hubbard, Michael Jones and Sarah Taylor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOSE PADILLA, SR.,** Personal Representative for the Estate of Jose Padilla, Jr., <br><br> Plaintiff, <br><br> v. <br><br> **BRIAN HUBBARD, MICHAEL JONES, SARAH TAYLOR, CITY OF PORTLAND,** a municipal subdivision of the State of Oregon, <br><br> Defendants. | **CV'05-1963 AS** <br><br> MOTION FOR SUMMARY JUDGMENT <br><br> (By Defendants City of Portland, Brian Hubbard, Michael Jones and Sarah Taylor) <br><br> ORAL ARGUMENT REQUESTED |

Pursuant to LR 7.1(a), defendants City of Portland, Brian D. Hubbard, Michael K. Jones and Sarah L. Taylor ("defendants") certify that they made a good faith effort through telephone conference to resolve this dispute, but were unable to do so.

Pursuant to Fed. R. Civ. P. 56(c), defendants move the Court for summary judgment in their favor on plaintiff's claims as follows:

   1.   On plaintiff's First Claim for Relief (Fourth Amendment claim) against the

Page  1  –   MOTION FOR SUMMARY JUDGMENT

individual defendant officers because the actions of the individual defendants, including the use of deadly force by Officer Brian Hubbard, were objectively reasonable.  *Graham v. Connor,* 490 U.S. 386 (1989); *Tennessee v. Garner,* 471 U.S. 1 (1985);

      2.      On plaintiff's First Claim for Relief (Fourth Amendment claim) against the individual defendant officers because the individual defendants, including Officer Brian Hubbard, are protected from suit by qualified immunity.  *Brosseau v. Haugen,* 543 U.S. 194 (2004); *Saucier v. Katz,* 533 U.S. 194 (2001);

      3.      On plaintiff's Second Claim for Relief (Policy Claim) against defendant City of Portland because the City is not liable under *Heller v. City of Los Angeles*, 475 U.S. 796 (1986), since plaintiff's decedent suffered no violation of his constitutional rights;

      4.      On plaintiff's Second Claim for Relief (Policy Claim) against defendant City of Portland because the City's Bureau of Police's deadly force policy is constitutional.  *Graham v. Connor,* 490 U.S. 386 (1989); *Tennessee v. Garner,* 471 U.S. 1 (1985);

      5.      On plaintiff's Second Claim for Relief (Policy Claim) against defendant City of Portland because the City has not been deliberately indifferent to the constitutional rights of any person.  *Bryan County v. Brown,* 520 U.S. 397 (1997);

      6.      On plaintiff's Third Claim for Relief (Custom Claim) against defendant City of Portland because the City is not liable under *Heller v. City of Los Angeles*, 475 U.S. 796 (1986), since plaintiff's decedent suffered no violation of his constitutional rights;

      7.      On plaintiff's Third Claim for Relief (Custom Claim) against defendant City of Portland because the City adequately trained and supervised its police officers, including the individual defendants, on the legal limitations of the use of deadly force.  *City of Canton v. Harris,* 489 U.S. 378 (1989); *Graham v. Connor*, 490 U.S. 386 (1989); *Tennessee v. Garner,* 471 U.S. 1 (1985).

      In support of this motion, defendants rely on the concurrently filed Memorandum of Law and Concise Statement of Material Facts; the Affidavits of Wade Greaves, Patrick Jones, Brian

Page 2 –    MOTION FOR SUMMARY JUDGMENT

D. Hubbard, Michael K. Jones, Michael W. Leloff, William W. Manlove, Cheryl Noll, Sarah L. Taylor, and Gordon C. Smith; the Declarations of Anna Arroyo, Leo Butler, Alan Corzine, Paul Meyer, Dennis Stalheim and Phillip J. Zerzan; and the exhibits, if any, attached to each affidavit or declaration, as well as the complete court record in this case.

Dated this 13th day of October, 2006.

Respectfully submitted,

/s/ WILLIAM W. MANLOVE
WILLIAM W. MANLOVE
OSB #89160
Telephone: (503) 823-4047
Deputy City Attorney
Of Attorneys for Defendants City of Portland,
Brian Hubbard, Michael Jones and Sarah Taylor

Page  3  –    MOTION FOR SUMMARY JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047